UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-271-D

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>ERIC WADE WILSON,<br>    Defendant. | ORDER |

FOR GOOD CAUSE SHOWN and without objection by the Government, it is hereby

ORDERED that the Scheduling Order entered by this Court in this matter [D.E. 16] is held in abeyance pending submission of the 18 U.S.C. § 4247 report required by an order of this Court entered on September 5, 2018 for the mental examination of the Defendant pursuant to 18 U.S.C. § 4241.

This __1__ day of October, 2018.

*[signature]*
The Honorable James C. Dever III
Chief District Court Judge, Presiding